RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHERI DUGAS, individually and on behalf of her minor daughters, MADISON DUGAS and GABRIELLE DUGAS | CIVIL ACTION NO. 6:16-cv-00427 |
| VERSUS | JUDGE DOHERTY |
| CHAD BRANHAM, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to remand (Rec. Doc. 28) is GRANTED, consistent with the report and recommendation.

Lafayette, Louisiana, this 10th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE